IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORDACHE STEPTER,

        Plaintiff,                    No. CIV S-07-1782 GEB EFB P

        vs.

SIERRA CONSERVATION
CENTER, et al.,

        Defendants.             ORDER

      Plaintiff is a state prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

      Plaintiff alleges a violation of his civil rights in Tuolumne County, California. Tuolumne is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: November 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2